December 13, 2015
3:12 pm
75,315-02

Cases no: 883632 - B

state of Texas                    § In 208th District Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

V,                                § of

DEC 17 2015

Chester Gerard Fontenot      § Harris County, Texas

Abel Acosta, Clerk

Denise Collins : judge date of offense: July 28, 2001

on the day of Sentence, lawyer was in holding cell when a women came into the holding all telling the lawyer the person to signed the paper work. a offender went into the court and discovered the lady that came into the holding cell was the Judge sentence me to a......... sentence i go Back to courthone i to come Back court home judge Denise Colline tell me a ▓ life sentence am person [16][17] thus, a court deciding an actual ineffectiveness claim must judge the reasonableness of counsel's challenged conduct on the facts of the particular case, viewed as of the time of counsel's conduct. a convicted defendant making a claim of ineffective assistance must identify the acts or omissions of counsel that are alleged not to have been the result of reasonable professional judgment the court must then determine whether in light of all the circumstances, the ▓▓▓ identified acts or omissions were outside the wide range of

(1)

professionally competent assistance. in making that determination. the court should keep in mind that counsel's function. as

(2)

elaborated in prevailing professional norms, is to make the adversarial testing process work in the particular case. at the same time, the court should recognize that counsel is strongly presumed to have rendered adequate assistance and made all significant decisions in the exercise of reasonable professional judgment

andrew Smith Director
#IP. #24048100
Respondent

HOBBY
F